UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS, | No. 2:14-cv-0066 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| GUFFEY, et al., | |
| Defendants. | |

On September 15, 2014, plaintiff filed a motion for an extension of time to file the documents necessary for service of defendant Yang.  On September 22, 2014, plaintiff submitted these documents.  Accordingly, plaintiff's motion for an extension of time is denied as unnecessary.

Plaintiff has also filed a motion to modify the scheduling order.  In this motion, plaintiff requests that the scheduling order be modified so that he is granted sufficient time to serve defendant Yang with discovery once defendant Yang appears in this action.

Plaintiff's motion is premature.  Plaintiff may resubmit his motion to modify the scheduling order once defendant Yang appears in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's September 15, 2014 motion for an extension of time (ECF No. 30) is denied as unnecessary;

2. Plaintiff's September 11, 2014 motion to modify the scheduling order (ECF No. 28) is denied without prejudice.

Dated: October 1, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE