UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS, | No. 2: 14-cv-0066 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| GUFFY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for leave to file a third amended complaint. (ECF No. 67.) Plaintiff seeks leave to correctly identify the name of previously named defendant Yang. Plaintiff alleges that he has recently discovered that this defendant is correctly identified as defendant Canedy. Plaintiff's motion to amend was not accompanied with a proposed third amended complaint.

If plaintiff wishes to name a new defendant, i.e., defendant Canedy, he must file an amended complaint naming this defendant. The amended complaint must also include all claims against the previously named defendants. Accordingly, plaintiff's motion to amend is denied because it was not accompanied by a proposed third amended complaint.

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to file a third
2  amended complaint (ECF No. 67) is denied without prejudice.
3  Dated:  April 2, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Thom66.def