UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS, | No. 2: 14-cv-0066 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| GUFFEY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On March 13, 2015, the undersigned ordered defendants to file a declaration in support of their invocation of the official information privilege within ten days.  (ECF No. 61). Ten days passed and defendants did not file this declaration.

Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order, defendants shall show cause why sanctions should not be imposed for their failure to comply with the March 13, 2015 order directing them to file a declaration in support of their invocation of the official information privilege.

Dated:  April 2, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Thom66.osc

1