UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUFFEY, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-0066 JAM KJN P<br><br><br>ORDER |

IT IS HEREBY ORDERED that within twenty-one days of the date of this order, the parties shall inform the court whether they think it would be worthwhile to participate in a settlement conference; the parties shall also inform the court whether they would be willing to consent to having the undersigned conduct the settlement conference or prefer appointment of a different magistrate judge to conduct the settlement conference.

Dated: July 2, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Thom66.set