UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS,<br><br>   Plaintiff,<br><br>   v.<br><br>GUFFEY, et al.,<br><br>   Defendants. | No. 2:14-cv-0066 JAM KJN P<br><br><br>ORDER |

Both parties have informed the court that a settlement conference before the undersigned would be worthwhile. Accordingly, IT IS HEREBY ORDERED that:

1. A settlement conference is set for September 21, 2015, at 9:00 a.m., before the undersigned;

2. The Clerk of the Court is directed to serve both parties with the form waiving disqualification of the settlement judge; the parties shall complete and return this form to the court within thirty days of the date of this order.

Dated: July 29, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Thom66.sch

1