UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS, | No. 2: 14-cv-0066 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| GUFFEY, et al., | |
| Defendants. | |

On August 24, 2015, defendants filed a notice of settlement of the entire case. (ECF No. 120.) Defendants state that they anticipate filing dispositional documents within thirty days.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The settlement conference set for September 21, 2015, before the undersigned is vacated;

2. The writ directing the Warden at Pelican Bay State Prison to produce plaintiff at the September 21, 2015 settlement conference via video-conferencing is vacated;

3. The Clerk of the Court is directed to serve a copy of this order on the Warden, Pelican Bay State Prison, 5905 Lake Earl Drive, P.O. Box 7000, Crescent City, California, 95531-7000;

4. Within forty-five days of the date of this order, the parties shall file dispositional documents;

////

5. Following receipt of the dispositional documents, the court will order that the documents previously submitted for in camera review be returned;

6. All pending motions (ECF Nos. 76, 78, 81, 87, 91, 92, 95, 99, 109) are vacated.

Dated: August 31, 2015

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Thom66.set(s)